**No. 10-7443. Venlonte Bethea, Petitioner v. United States.**

562 U.S. 1273, 131 S. Ct. 1601, 179 L. Ed. 2d 505, 2011 U.S. LEXIS 1981.

March 7, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 2 A.3d 1093.

**No. 10-7543. Ernestine Waldon, Petitioner v. Donna Wilkins, et al.**

562 U.S. 1273, 131 S. Ct. 1602, 179 L. Ed. 2d 505, 2011 U.S. LEXIS 2073.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 400 Fed. Appx. 75.

**No. 10-7622. David Earl Williams, Petitioner v. California.**

562 U.S. 1273, 131 S. Ct. 1602, 179 L. Ed. 2d 505, 2011 U.S. LEXIS 1928.

March 7, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 49 Cal. 4th 405, 111 Cal. Rptr. 3d 589, 233 P.3d 1000.

**No. 10-7781. Frank Martinez Garcia, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1273, 131 S. Ct. 1604, 179 L. Ed. 2d 505, 2011 U.S. LEXIS 1939.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 389 Fed. Appx. 396.

**No. 10-7813. Hilario Alfaro-Moncada, Petitioner v. United States.**

562 U.S. 1273, 131 S. Ct. 1604, 179 L. Ed. 2d 505, 2011 U.S. LEXIS 1921.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 607 F.3d 720.

**No. 10-7816. Richard Davis, Petitioner v. Missouri.**

562 U.S. 1273, 131 S. Ct. 1605, 179 L. Ed. 2d 505, 2011 U.S. LEXIS 2050.

March 7, 2011. Petition for writ of certiorari to the Supreme Court of Missouri denied.

Same case below, 318 S.W.3d 618.